**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

v.

DALE G. STEWART, JR.,

Defendant.

Case No. 23-cr-60-SE-01

26 U.S.C. § 5861(d)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
26 U.S.C. § 5861(d)
Possession of an Unregistered Firearm (Destructive Device)

On or about April 27, 2023, in the District of New Hampshire, the defendant,

**DALE G. STEWART, JR.,**

did knowingly possess a firearm, namely, an explosive device, a pipe bomb containing energetic

powder material and fusing system, which was a destructive device, as defined in 26 U.S.C. §§

5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

**COUNT TWO**
26 U.S.C. § 5861(d)
Possession of an Unregistered Firearm (Destructive Device)

On or about April 27, 2023, in the District of New Hampshire, the defendant,

**DALE G. STEWART, JR.,**

did knowingly possess a firearm, namely, an explosive device, a pipe bomb containing energetic

powder material and fusing system, which was a destructive device, as defined in 26 U.S.C. §§

5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## COUNT THREE
26 U.S.C. § 5861(d)
Possession of an Unregistered Firearm (Destructive Device)

On or about April 26, 2023, in the District of New Hampshire, the defendant,

**DALE G. STEWART, JR.,**

did knowingly possess a firearm, namely, an explosive device, a pipe bomb containing energetic

powder material and fusing system, which was a destructive device, as defined in 26 U.S.C. §§

5845(a)(8), (f)(1), and (f)(3), and which was not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One through Three of this

Indictment, the defendant shall forfeit to the United States any firearm involved in the charged

offenses, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. 2461(c), and any vehicle used to facilitate,

transport, conceal, or possess any firearm involved in the charged offenses, pursuant to 49 U.S.C. §

80303.

A TRUE BILL

Date:  July 19, 2023                              /s/ Foreperson
                                                 Foreperson

JANE E. YOUNG
United States Attorney


By:    /s/ Cesar A. Vega
       Cesar A. Vega
       Assistant United States Attorney

2